UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRITTNEY C. BOYD,

              Plaintiff,

    v.

INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 701,
*et al.*,

              Defendant.

Case No. C25-1225-LK

ORDER

      Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 7.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's amended application to proceed IFP (dkt. # 7) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Lauren J. King.[1]

---

[1] Plaintiff's amended application cures the deficiencies noted by this Court in its Report and Recommendation ("R&R"). Accordingly, the Clerk is directed to strike the R&R (dkt. # 6) as moot.

ORDER - 1

Dated this 23rd day of July, 2025.

_____<br>
MICHELLE L. PETERSON<br>
United States Magistrate Judge

ORDER - 2