UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTNEY C. BOYD,<br><br>                Plaintiff,<br>   v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701, et al.,<br><br>                Defendants. | CASE NO. 2:25-cv-01225-LK<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND WAIVERS OF SERVICE AND DISCHARGING ORDER TO UNITED STATES MARSHAL |

      This matter comes before the Court on Plaintiff's Motion for Order Directing U.S. Marshal Service to Effect Service of Process, Dkt. No. 47, and the Court's November 19, 2025 Order Directing Service, Dkt. No. 50. This Order amends the prior order to direct that the Clerk of the Court, rather than the U.S. Marshal, request waivers of service; if a Defendant does not execute a waiver, the Court will order the U.S. Marshal to serve that Defendant as necessary.

      It is hereby ORDERED that:

1.     The Clerk of the Court is directed to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) to the following Defendants: John Anderson, Melissa Savage, Linda Josephson,

ORDER DIRECTING CLERK'S OFFICE TO SEND WAIVERS OF SERVICE AND DISCHARGING ORDER TO UNITED STATES MARSHAL - 1

Operating Engineers Federal Credit Union, IUOE Locals 302 & 612 Pension Trust, Scott Anderson, James "Jimbo" Anderson, Welfare & Pension Administration Service, Inc., Central Pension Fund of the IUOE and Participating Employers, AGC-IUOE Local 701 Pension Trust, NessCampbell Crane + Rigging, and ULLICO Inc. *See* Dkt. No. 48 at 1, 3, 5, 7, 11, 13, 17, 21, 23, 25, 27, 29. To those Defendants, the Clerk shall send a copy of the Fourth Amended Complaint,[1] a copy of the relevant completed summons, a copy of this Order, two copies of the notice of lawsuit and request for waiver of service of summons, and a return envelope, postage prepaid, addressed to the Clerk's Office. *See* Fed. R. Civ. P. 4(d).

    a. At this time, the Clerk shall not issue the summonses addressed to "AGC – IUOE Local 701 Health and Welfare Trust," "John Hancock Trust Company," and "Nikki Winston," Dkt. No 48 at 9, 15, 19, because they are not listed as Defendants in the Fourth Amended Complaint. *See generally* Dkt. No. 44. It appears that "John Hancock Trust Company," Dkt. No. 48 at 15, may refer to Defendant "John Hancock Life Insurance Company" in the Fourth Amended Complaint, *see* Dkt. No. 44 at 1.[2]

    b. Accordingly, the Clerk is directed to issue deficiency letters to Ms. Boyd for these issues.

2. The Clerk of Court is directed to retain the summonses and a copy of the Fourth Amended Complaint in their file for future use.

3. The Clerk of Court shall file returned waivers of service of summons as well as any requests for waivers that are returned as undelivered as soon as they are received.

4. Defendants shall respond to the Fourth Amended Complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a). A Defendant who fails to timely return the signed waiver may be personally served with a summons and complaint and may be required to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2).

5. The United States Marshal is discharged of any duties ordered in the Court's November 19, 2025 Order. Dkt. No. 50. Should Defendants not waive service, the Court will order service by the United States Marshal as necessary.

Dated this 20th day of November, 2025.

Lauren King
United States District Judge

---

[1] The Fourth Amended Complaint is located at docket number 44. The Clerk shall not send Ms. Boyd's attempted redline to Defendants. Dkt. No. 44-1.

[2] As noted in the Court's prior order, Ms. Boyd failed to include accurate redlines of her Fourth Amended Complaint in her filing at docket entry 44-1; different defendants are listed in her redlined complaint than are listed in her clean Fourth Amended Complaint. *Compare* Dkt. No. 44 at 1, *with* Dkt. No. 44-1 at 1–2.

ORDER DIRECTING CLERK'S OFFICE TO SEND WAIVERS OF SERVICE AND DISCHARGING ORDER TO UNITED STATES MARSHAL - 2